AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY JERMANE DANIEL<br><br>*Defendant* | )<br>)   Case No.   1:25-cr-00254-01<br>)<br>)<br>)<br>) |

REC'D USMS-D/ND
2025 NOV 21 9:08

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Anthony Jermane DANIEL                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Distribution of Controlled Substances
Aiding and Abetting

Date:    11/20/2025                                              /s/ Carla Schultz
                                                                *Issuing officer's signature*

City and state:    Bismarck, North Dakota             Carla Schultz, Deputy Clerk
                                                                *Printed name and title*

---

### Return

This warrant was received on *(date)* 11/21/2025 , and the person was arrested on *(date)* 12/3/2025
at *(city and state)* Watford City, ND.

Date:  12/3/2025                                             *Arresting officer's signature*

                                                               Alec Johnston on behalf of BIA
                                                               *Printed name and title*